

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mrs. C. A. Teagle
Secretary, Texas Prison Board
711 West Alabama Street
Houston, Texas

Dear Madam:

    Opinion No. 1453
    Re: May the Texas Prison Board
      employ either a man or woman
      as steward at Goree State Farm?

    Your inquiry of the 14th inst. received. You ask the following question:

    "Whether or not the Prison Board, or management, can employ either a man or a woman as steward at Goree State Farm?"

    Items 70 to 73, inc. of the appropriation for support of the Prison System make appropriations for the Goree Farm. This includes a farm manager, matron, night matron and superintendent of garment factory. On page 107 of this Appropriation Bill there is appropriation made for 18 farm stewards.

    Article 10, Revised Statutes, among other things provides:

    "The masculine gender shall include the feminine and neuter."

    Assuming that one of the stewards provided for in the appropriation has been assigned to the Goree Farm, then we hold that a woman may be employed as farm steward.

        Yours very truly

        ATTORNEY GENERAL OF TEXAS

        (Signed)  A. S. Rollins
             Assistant

ASR:MR
Approved Sep 23, 1939
Gerald C. Mann
ATTORNEY GENERAL OF TEXAS